**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 28 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| OUDREE S. ELLIS,<br><br>             Plaintiff-Appellant,<br><br>   v.<br><br>EISENMAN FAMILY TRUST; et al.,<br><br>             Defendants-Appellees. | No. 20-55064<br><br>D.C. No. 8:19-cv-02258-DOC-JDE<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Central District of California
David O. Carter, District Judge, Presiding

Submitted July 19, 2021[**]

Before:     SCHROEDER, SILVERMAN, and MURGUIA, Circuit Judges.

Oudree S. Ellis appeals pro se from the district court's judgment dismissing her action alleging race discrimination under the Fair Housing Act and other federal and state law claims. We have jurisdiction under 28 U.S.C. § 1291. We affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

The district court did not err by concluding that the stipulation entered between the parties in the unlawful detainer action was a settlement of the parties' dispute and preclusive of this action.

The district court did not abuse its discretion by denying Ellis's motion to alter or amend the judgment under Federal Rule of Civil Procedure 59(e) because Ellis failed to demonstrate any basis for relief. *See Sch. Dist. No. 1J, Multnomah County, Or. v. ACandS, Inc.*, 5 F.3d 1255, 1262-63 (9th Cir. 1993) (setting forth standard of review and grounds for relief under Rule 59(e)).

**AFFIRMED.**